IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiffs,

     vs.

RACHEL HUMPHREY,

                Defendant.

**8:16CR76**

**ORDER**

This matter is before the Court on the defendant's MOTION FOR HEARING ON DETENTION REVIEW (Filing No. 102). For the reasons set forth in the ORDER (Filing No. 100) on the AMENDED MOTION TO REVIEW DETENTION (Filing No. 98), the MOTION (Filing No. 102) will be denied. The Motion does not provide additional information which would cause the Court to reconsider its decision.

**IT IS ORDERED** that the defendant's MOTION FOR HEARING ON DETENTION REVIEW [102] is denied without hearing.

Dated this 3rd day of June, 2016

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge