# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:16CR76 |
| vs. | MEMORANDUM AND ORDER |
| RACHEL HUMPHREY, | |
| Defendant. | |

This matter is before the Court on the Defendant's Motion to Reduce Sentence, ECF No. 295, in which she seeks credit for an additional 21 days of good time, and an accelerated release date of May 16, 2019. The Motion is denied, for the same reasons stated in the Court's Memorandum and Order of May 1, 2019, ECF No. 294, denying her earlier Motion for Good Time, ECF No. 293.

IT IS ORDERED:

1. The Defendant's Motion to Reduce Sentence, ECF No. 295, is denied; and

2. The Clerk will mail a copy of this Order to the Defendant at her last known address.

Dated this 8th day of May 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge