IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:16CR76** |
| vs. | | |
| RACHEL HUMPHREY, | | ORDER |
| Defendant. | | |

THIS MATTER comes before the Court on the Defendant's unopposed motion under Fed. R. Crim. P. R 32.1(a)(6) and 18 U.S.C. §3143(a)(1) for release pending supervised release disposition proceedings. (Filing No. 359).   Upon consideration, the undersigned magistrate judge finds that the motion should be, and hereby is, granted.  Accordingly,

IT IS ORDERED that the Defendant's detainer in this matter shall be released to allow her to participate in Nebraska State Drug Court.  Nebraska State Drug Court personnel will supervise the Defendant, and United States Probation will monitor the Defendant's progress in the Drug Court program.  90-day continuances to the final disposition hearing will be granted by the Court when agreed to by the parties.

DATED this 18th day of October, 2021.

BY THE COURT:

_____
Michael D. Nelson
United States Magistrate Judge