IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:16CR76** |
| vs. | |
| RACHEL HUMPHREY, | **ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |
| Defendant. | |

     The defendant appeared before the Court on October 12, 2022 regarding Third Amended Petition for Offender Under Supervision [418].  Jerrold Black represented the defendant.  Kimberly Bunjer represented the government.  The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

     The government made an oral motion to dismiss Second Amended Petition for Offender Under Supervision [377].  The government's oral motion to dismiss Second Amended Petition for Offender Under Supervision [377] is granted without objection.

     The defendant requested a preliminary hearing.  Fed. R. Crim. P. 32.1(b)(1)(A).  The preliminary hearing is scheduled before U.S. Magistrate Judge Michael D. Nelson in Courtroom No. 6, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 10:00 a.m. on October 20, 2022

     The government moved for detention based upon risk of flight and danger.  The defendant requested a continuance of the detention hearing.  The detention hearing is continued to U.S. Magistrate Judge Michael D. Nelson in Courtroom No. 6, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 10:00 a.m. on October 20, 2022. The defendant will remain detained pending further order of the court.

     **IT IS SO ORDERED**.

     Dated this 12th day of October, 2022.

                        BY THE COURT:

                        s/ Susan M. Bazis
                        United States Magistrate Judge