# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> RACHEL HUMPHREY <br> Defendant. | CASE NO. 8:16CR76 <br><br> WAIVER OF PRELIMINARY HEARING |

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

_____  10/14/22
Defendant                Date

_____  10/17/22
Attorney for Defendant    Date

## ORDER

**IT IS ORDERED** that the defendant's waiver is hereby accepted, and the defendant shall appear for future proceedings.

DATED this 17th day of October, 2022.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT